IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YER USA, INC., and CAMILLA DANIELS,

    Plaintiffs,

      v.

MARTIN J. WALSH
Secretary of Labor, U.S. Department of Labor, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:22-CV-698-TWT

**OPINION AND ORDER**

This is a mandamus action. It is before the Court on the Defendants' Motion to Dismiss [Doc. 11]. In their Complaint, the Plaintiffs sought only to compel the Defendants to adjudicate their pending Application for Permanent Employment Certification. (Compl. ¶ 36). On June 17, 2022, the Defendants filed a Notice of Administrative Action and Suggestion of Mootness, attaching a certified copy of the Plaintiffs' adjudicated labor certification. [Docs. 14, 14-1]. Accordingly, the Defendants' Motion to Dismiss [Doc. 11] is DENIED and this action is DISMSSED as moot. The Clerk is directed to close the case.

SO ORDERED, this   29th   day of July, 2022.

THOMAS W. THRASH, JR.
United States District Judge